IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

JOHN J. KERIGAN

INFORMATION

5:19mj45-MJF

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about April 19, 2019, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

**JOHN J. KERIGAN,**

did intentionally and knowingly possess Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

_____  
LAWRENCE KEEFE  
United States Attorney

7/11/19  
DATE

FILED USDC FLND PC
11 JUL AM 11:03